UST-32, 3-99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| BROCK, ROBERT LEE | ) | Case No. 07-05459 PHX RTB |
| | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | DEBTOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 08/14/2009 | ROBERT LEE BROCK<br>333 EAST CARVER ROAD<br>TEMPE, AZ 85284 | $2,460.23 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 2,460.23 to the Clerk of the Court to be deposited in the Registry thereof.

January 5, 2010                         /s/ Roger W. Brown
Date                                    Roger W. Brown, Trustee